AUMesa.IND

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 15 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALEXANDER UNTALAN MESA, <br><br> Defendant. | CRIMINAL CASE NO. 06-00006 <br><br> **INDICTMENT** <br><br> **FELON IN POSSESSION OF AMMUNITION** <br> [18 U.S.C. §§ 922(g)(1) and 924(a)(2)] |

THE GRAND JURY CHARGES:

On or about March 12, 2005, in the District of Guam, ALEXANDER UNTALAN MESA, the defendant herein, having been convicted in the United States District Court for the District of Guam on or about October 30, 1996, of a crime punishable by imprisonment for a term exceeding one year, possessed in and affecting commerce ammunition, to wit: seven (7) rounds of .45 caliber Cascade Cartridge ammunition marked "CCI N R 45 AUTO", which had

\\
\\
\\

been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED this 15th day of February, 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney