# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00006__
Same Defendant _____ New Defendant __XXX__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name    ALEXANDER UNTALAN MESA

Allisas Name    _____

Address    _____

_____Agana Heights, Guam_____

Birthdate __1955__ SS# __2295__ Sex _M_ Race _____ Nationality __Chamorro__

**U.S. Attorney Information:**

FAUSA _Russell C. Stoddard_

Interpreter:    _XX_ No ____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

__ Already in Federal Custody as of _____ in _____
__ Already in State Custody
__ On Pretrial Release

RECEIVED FEB 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 922(g)(1) & 924(a)(2) | Felon in Possession of Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __2/15/06__    Signature of FAUSA: _____[signature] for R. Stoddard_____

ORIGINAL