⚖AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF            GUAM

15 FEB 2006  08 32

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

ALEXANDER UNTALAN MESA        Case Number:    CR-06-00006

(Name and Address of Defendant)

**FILED**
DISTRICT COURT OF GUAM
FEB 17 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Tuesday, February 21, 2006 at 10:00 a.m. |

To answer a(n)

X   Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title     18     United States Code, Section(s)    922(g)(1) & 924 (a)(2)

Brief description of offense:

**FELON IN POSSESSION OF AMMUNITION**

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

February 15, 2006
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | February 17, 2006 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Residence, Paauau Street, Agana Heights

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on February 17, 2006
Date

Joaquin LG. Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

ORIGINAL

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.