IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**



FILED
DISTRICT COURT OF GUAM
FEB 21 2006
**MARY L.M. MORAN**
CLERK OF COURT

**CASE NO. CR-06-00006**          **DATE: 02/21/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding       Law Clerk: Judith Hattori
Court Recorder: Jamie Phelps                                          Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:15:29 - 10:24:20**              CSO: J. McDonald / J. Lizama

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: ALEXANDER UNTALAN MESA**            **ATTY: ALEXANDER MODABER**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.      ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD              AGENT:

U.S. PROBATION: MARIA CRUZ                    U.S. MARSHAL: D. PUNZALAN / C. MARQUEZ

INTERPRETER: _____      ( ) SWORN    LANGUAGE: _____

**PROCEEDINGS:   INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __FEDERAL PUBLIC DEFENDER__, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: __Second year college__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( X ) INDICTMENT
( X ) PLEA ENTERED: ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: __CHARGE CONTAINED IN THE INDICTMENT__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____  PLEA: ( ) *ACCEPTED*  ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____   ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: __APRIL 10, 2006 at 1:30 P.M.__

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT RELEASED PENDING DETENTION HEARING

**NOTES:**

Defense counsel requested the Court to continue the detention hearing so that pretrial service may have the opportunity to interview the defendant. The Court continued the hearing on defendant's detention for for February 22, 2006 at 10:00 a.m.