# FILED
## DISTRICT COURT OF GUAM

### FEB 21 2006

## MARY L.M. MORAN
## CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-00006** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **ALEXANDER UNTALAN MESA,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to February 15, 2006.

Dated this 21st day of February, 2006.



_____

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

ORIGINAL