PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**  United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:**  John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**

[ ] **Notice of Disposition**

**FILED**

DISTRICT COURT OF GUAM

FEB 2 4 2006 nbc

**MARY L.M. MORAN**
**CLERK OF COURT**

| | | | |
|---|---|---|---|
| Date: | **February 21, 2006** | Date: | |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | |

| | | | |
|---|---|---|---|
| Defendant: | **MESA, Alexander Untalan** | Case Number: | **CR#06-00006-001** |
| Date of Birth: | **XX-XX-1955** | Place of Birth: | **Tamuning, Guam** |
| SSN: | **XXX-XX-2295** | | |

**NOTICE OF COURT ORDER** (Order Date:  **February 21, 2006** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or representative)

Case 1:06-cr-00006     Document 11     Filed 02/24/2006     Page 1 of 1    **ORIGINAL**