
FILED
DISTRICT COURT OF GUAM
FEB 2 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) | CRIMINAL CASE NO. CR06-00006-001 |
| vs. | )<br>) | **INFORMATIONAL<br>VIOLATION REPORT** |
| ALEXANDER UNTALAN MESA<br>Defendant. | )<br>)<br>) | |

**Re:   Violation of Pretrial Release Conditions;  No Action Requested**

On February 21, 2006, the defendant, Alexander Untalan Mesa, appeared before the U.S. District Court of Guam for an Initial Appearance Hearing on an Indictment charging him with Felon in Possession of Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). A trial date was set for April 10, 2006. Mr. Mesa was released to pretrial supervision on February 22, 2006, under the following conditions: report to the U.S. Probation Office as directed; surrender his passport to the Clerk of Court of the U.S. District Court of Guam; obtain no passport; refrain from possessing a firearm, destructive device or other dangerous weapons; refrain from any use of alcohol; refrain from any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner; maintain a fixed address; avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to any known felons;  submit to drug testing; not go near any ports of entry or exit; and submit to a drug test before leaving the Court on February 22, 2006.

**Special Condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.* On February 22, 2006, Mr. Mesa reported to the U.S. Probation Office after his initial appearance and was subjected to a pretrial supervision orientation, which included urinalysis. Mr. Mesa tested presumptive positive for the use of marijuana and methamphetamine. He denied any drug use and the sample was sent to the laboratory for confirmation testing. Mr. Mesa was advised that his presumptive positive test results will be reported to the Court as well as the pending laboratory analysis.

ORIGINAL

INFORMATIONAL VIOLATION REPORT
Violation of Pretrial Release Conditions; No Action Requested
Re: MESA, Alexander Untalan
USDC Cr. Cs. No. 06-00006-001
February 23, 2006
Page 2

**Recommendation:** The probation officer respectfully recommends that the Court take no action at this time. Once received, a supplemental violation report will be submitted to the Court notifying of the laboratory results for the test sample outlined above. Any further violations will be reported to the Court accordingly.

RESPECTFULLY submitted this 23rd day of February 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Russel C. Stoddard, AUSA
Alex Modaber, AFPD
File