

**FILED**
DISTRICT COURT OF GUAM
MAR 28 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALEXANDER UNTALAN MESA,

Defendant.

Criminal Case No. 06-00006

ORDER

Before the Court is Defendant's Motion to Suppress. The Government shall file its opposition by March 31, 2006, and the Defendant shall file his reply by April 3, 2006. The hearing on this motion shall be on April 6, 2006 at 9:30 a.m. before the Honorable Roger T. Benitez.*

Due to the scheduling needs of the Court, the trial in this case presently scheduled for Monday, April 10, 2006, shall be rescheduled for April 11, 2006 at 9:30 a.m. All trial documents are to be submitted by April 4, 2006.

SO ORDERED this 28th day of March, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable Roger T. Benitez, United States District Judge for the Southern District of California, by designation.