PS 8
(8/88)

United States District Court

for

THE DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
MAR 29 2006
MARY L.M. MORAN
CLERK OF COURT

U.S.A. vs: __Alexander Untalan Mesa__   Docket No. __CR#06-00006-001__

### Petition for Action on Conditions of Pretrial Release

COMES NOW __JOHN W. SAN NICOLAS II__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Alexander Untalan Mesa__ who was placed under pretrial release supervision by the Honorable __Joaquin V.E. Manibusan, Jr., Magistrate Judge__ sitting in the court at __Hagatna, Guam__ on the __21st__ date of __February__, 20 __06__ under the following conditions:

Report to the U.S. Probation Office for supervision as directed; surrender any passport to: Clerk of Court, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910; obtain no passport; abide by the following restrictions on personal association, place of abode, or travel: maintain a fixed address; avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to : any known felons; refrain from possessing a firearm, destructive device, or other dangerous weapons; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and any form of prohibited substance screening or testing; report as soon as possible, to the pretrial services office or supervising officer any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop; not go near any ports of entry or exit; and undergo a drug test before leaving the Courthouse.

*RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:*

*(If short insert here; if lengthy write on separate sheet and attach)*

**(See attached Declaration in Support of Petition submitted by
USPO John W. San Nicolas II)**

*PRAYING THAT THE COURT WILL*

Pursuant to 18 U.S.C. §3148, order that a Summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

ORDER OF COURT

Considered and ordered __29th__ day of __March__, 20 __06__ and ordered filed and made a part of the records in the above case.

_____
~~U.S. District Judge/Magistrate~~
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

Respectfully submitted,

_____
JOHN W. SAN NICOLAS II
U.S. Pretrial Services Officer

Place: __Hagåtña, Guam__

Date: __March 27, 2006__

RECEIVED
MAR 28 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| United States of America | ) | CRIMINAL CASE NO. 06-00006-001 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| | ) | DECLARATION IN SUPPORT OF PETITION |
| vs. | ) | |
| | ) | |
| ALEXANDER UNTALAN MESA, | ) | |
| Defendant. | ) | |
| | ) | |

**Re:   Violation Report, Request for a Summons**

I, U.S. Probation Officer John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial for Alexander Untalan Mesa, and in that capacity declare as follows:

On February 21, 2006, the defendant, Alexander Untalan Mesa, appeared before the U.S. District Court of Guam for an Initial Appearance Hearing on an Indictment charging him with Felon in Possession of Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). A trial date was set for April 10, 2006.

On the same date, Mr. Mesa was released on a personal recognizance bond with conditions that he: report to the U.S. Probation Office for supervision as directed; surrender his passport to the Clerk of Court; obtain no passport; maintain a fixed address; avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to any known felons; refrain from possessing a firearm, destructive device or other dangerous weapons; refrain from any use of alcohol; refrain from any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner; submit to any method of testing for determining whether the defendant is using a prohibited substance; report as soon as possible any contact with law enforcement; not go near any ports of entry or exit; and submit to a drug test before leaving the Courthouse.

DECLARATION IN SUPPORT OF PETITION
Violation Report, Request for a Summons
Re: MESA, Alexander Untalan
USDC Cr. Cs. No. 06-00006-001
March 27, 2006
Page 2


**Special Condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.* On February 22, 2006, Mr. Mesa reported to the U.S. Probation Office after his initial appearance and was subjected to a pretrial supervision orientation, which included urinalysis. Mr. Mesa tested presumptive positive for the use of marijuana and methamphetamine. The sample was sent to the laboratory for confirmation testing because he denied illicit drug use. On February 24, 2006, an Information Report was filed with the Court regarding the presumptive positive test results.

On March 13, 2006, this Officer received the laboratory report from Scientific Testing Laboratories, Inc., which revealed positive for amphetamines and methamphetamine.

**Special Condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.* On February 27, 2006, Mr. Mesa failed to report for urinalysis at the U.S. Probation Office. On March 3, 2006, this Officer met with Mr. Mesa, who stated that he was at the Seven Day Adventist Clinic due to an injury he sustained to his eye. He provided this Officer with documentation of his visit on February 27, 2006. He was admonished for failure to inform this Officer that he had a medical appointment.

On March 9, 2006, Mr. Mesa failed to report for a scheduled urinalysis at the drug testing vendor. In addition, he failed to report to the U.S. Probation Office the following day as required to address his nonappearance at urinalysis. This Officer attempted to contact Mr. Mesa telephonically without success on March 10 and 11, 2006.

On March 13, 2006, Mr. Mesa again failed to report for a scheduled urinalysis at the drug testing vendor. In addition, he failed to report to the U.S. Probation Office the following day as required to address his nonappearance at urinalysis. This Officer attempted to contact Mr. Mesa telephonically without success on March 14 2006. On March 15, 2006, this Officer spoke with Attorney Alexander Modaber regarding Mr. Mesa's compliance. He stated that he spoke with Mr. Mesa and instructed him to contact this Officer. On the same date, Mr. Mesa left a voice message for this Officer, stating he would call again on March 16, 2006. He failed to contact this Officer on March 16, 2006.

DECLARATION IN SUPPORT OF PETITION
Violation Report, Request for a Summons
Re: MESA, Alexander Untalan
USDC Cr. Cs. No. 06-00006-001
March 27, 2006
Page 3

On March 16, 2006, Mr. Mesa again failed to report for a scheduled urinalysis at the drug testing vendor. On March 17, 2006, this Officer conducted a visit to his residence and met with his girlfriend, Agnes Fernandez. She stated he was not at home. This Officer requested that she advise Mr. Mesa to report to the U.S. Probation Office on this date for a compliance meeting. Mr. Mesa failed to report as instructed. This is Mr. Mesa's fourth documented nonappearance for urinalysis in less than one month.

On March 21, 2006, Mr. Mesa reported to the U.S. Probation Office and met with U.S. Probation Officer Robert Carreon. He was advised of the violations pending and was given additional Monday and Thursday in-person reporting instructions to the U.S. Probation Office. He was subjected to a urinalysis with negative results.

**Supervision Compliance:** The probation officer has no information that suggests that the defendant has not complied with other conditions of pretrial release.

**Recommendation:** The Probation Officer respectfully requests that pursuant to 18 U.S.C. §3148, that this matter be scheduled for a hearing and a Summons be issued for the defendant's appearance at that hearing to determine if his bail should be revoked or modified.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Russell C. Stoddard, First Assistant U.S. Attorney
    Alexander A. Modaber, Defense Attorney
    File