1  AMesa.RES

2  LEONARDO M. RAPADAS
   United States Attorney
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

8

9      **IN THE UNITED STATES DISTRICT COURT**

10        **FOR THE TERRITORY OF GUAM**

11

12  UNITED STATES OF AMERICA,       )    CRIMINAL CASE NO. 06-00006
                                    )
13                   Plaintiff,     )
                                    )    **GOVERNMENT'S RESPONSE TO**
14          vs.                     )    **DEFENDANT'S MOTION TO**
                                    )    **SUPPRESS PHYSICAL EVIDENCE**
15  ALEXANDER UNTALAN MESA,         )
                                    )
16                   Defendant.     )
                                    )
17  _____ )

18

19        On March 12, 2005, while on a routine patrol the Guam police officers J.Q. Manila and

20  J.C. Ortiola observed a white, 1997 Nissan Crew Cab pickup truck heading north on Route 8,

21  swerving in and out of the lanes. The pickup truck swerved into the oncoming lane and the rear

22  brake lights were going on and off. The pickup truck also ran a red light as it turned left onto

23  Route 7A. The officers turned on their pursuit lights and siren and made a traffic stop. Where

24  the police have probable cause to believe that a traffic violation has occurred, a traffic stop and

25  resultant temporary detention may be reasonable. Whern v United States, 517 U.S. 806, 810

26  (1996).

27

28                                    -1-

1      Defendant Mesa now claims that he was not swerving in and out of the travel lanes and
2 denies that he disobeyed a red traffic signal. Essentially, the defendant claims the police had no
3 legal basis to pull over his vehicle and that therefore the events that led up to the discovery of the
4 bullets, the knife and the drug paraphernalia should be suppressed.

5      When Officer Manila advised the driver, defendant Mesa, that he had been observed
6 swerving on the roadway and had disobeyed a red traffic light, Mesa responded that the front
7 windshield was tinted all the way down making it difficult to see out. At the time of the stop,
8 Mesa's eyes were blood shot, red and watery and his speech was slurry and he appeared to be
9 nervous. After stepping out from the vehicle, Mesa put his right hand into his right pants pocket
10 and refused to take his hand out of his pocket despite the officers demand that he do so. These
11 observations by Officer Manila of the defendant Mesa's physical condition at the time, coupled
12 with defendant Mesa's own excuses regarding the excessively shaded windshield of the vehicle
13 reflect poorly on defendant's current claim that he committed no traffic violations.

14      Defendant does not challenge any other aspect of the search other that the initial traffic
15 stop. The Government will make the two officers available at the suppression hearing so that
16 they can testify regarding the basis of the traffic stop.

17      Respectfully submitted this 30th day of March, 2006,

18                       LEONARDO M. RAPADAS
                       United States Attorney
19                       Districts of Guam and NMI

20

21           By:                                                                                  
                      RUSSELL C. STODDARD
22                       First Assistant U.S. Attorney

23

24

25

26

27

28                                   -2-