AMesa.CER

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 3 1 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00006 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ALEXANDER UNTALAN MESA, ) | |
| Defendant. ) | |

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office,

hereby certify that on March 31, 2006, I caused to be served by facsimile service, an unfiled copy

of the foregoing document: **Government's Response to Defendant's Motion to Suppress**

**Evidence**, in <u>U.S vs. Alexander Untalan Mesa</u>, Criminal Case No. 06-00006 to the following

counsel:

> Alexander Modaber
> Assistant Federal Public Defender
> Federal Public Defender Service
> 400 Route 8, Suite 501
> Mongmong, Guam 96910
>
> FAX: 472-7120

CARMELLETA SAN NICOLAS
Secretary to the U.S. Attorney and
First Assistant

ORIGINAL