# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
RECEIVED

—————————————  DISTRICT OF          GUAM  —————————————
                                                08 32

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **SUMMONS IN A CRIMINAL CASE** |
| **ALEXANDER UNTALAN MESA** | Case Number:   **CR-06-00006** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4ᵗʰ Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before:   **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Room<br>413 |
|---|---|
| | Date and Time<br>**Tuesday, April 4, 2006 at 1:30 p.m.** |

To answer a(n)

Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   **X** Violation Notice

Charging you with a violation of Title _____**18**_____ United States Code, Section(s) _____**3148**_____

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**
    (See attached Petition and Violation Report)

# FILED

DISTRICT COURT OF GUAM

APR - 3 2006

MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk** | _Marilyn B. Alcon_ |
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| **March 29, 2006** | |
| Date | |

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date    4/3/06 |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

US Probation Office, Hagatna, Gu

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    4/3/06
         Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

ORIGINAL

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.