
**FILED**
DISTRICT COURT OF GUAM
APR - 4 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| **United States of America** | ) | CRIMINAL CASE NO. 06-00006-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| | ) | (Supplemental) |
| **ALEXANDER UNTALAN MESA,** | ) | |
| Defendant. | ) | |

Re:  Supplemental Violation Report; Additional Violation Conduct

I, John W. San Nicolas II, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial release for Alexander Untalan Mesa, and in that capacity declare as follows:

On February 24, 2006, an Informational Report was filed with the Court after the defendant tested presumptive positive on a drug test conducted at the U.S. Probation Office. On March 29, 2006, a Petition for Action was filed with the Court after this Officer received the laboratory report confirming the presumptive positive drug test for the February 24, 2006 Informational Report, and for failing to report for four drug tests as required. The hearing in this matter has been scheduled for April 4, 2006.

**Special Condition:** *Submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.* On March 24, 2006, Mr. Mesa failed to report for urinalysis at the drug testing vendor. On March 27, 2006, this Officer met with Mr. Mesa, who stated that his designated number was not on the recording when he called the urinalysis hotline on March 23, 2006. Mr. Mesa submitted to a urinalysis, which tested negative for illicit substances. However, the sample was packaged and sent to Scientific Testing Laboratories, Incorporated because the sample was observed to be clear in appearance. On March 30, 2006, this Officer received the laboratory report. The laboratory was unable to provide confirmation testing because the sample was diluted.

**Mandatory Condition:** *The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.*

ORIGINAL

DECLARATION IN SUPPORT OF PETITION (Supplemental)
Supplemental Violation Report; Additional Violation Conduct
Re: MESA, Alexander Untalan
USDC Cr. Cs. No. 06-00006-001
April 4, 2006
Page 2

**Special Condition:** *Report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning or traffic stop.*

On March 27, 2006, this Officer reviewed the daily confinement sheet dated March 26, 2006 prepared by the Department of Corrections. The sheet revealed that the defendant's girlfriend, Agnus Manibusan Fernandez was arrested on March 26, 2006 by Guam Department of Police officers for Possession of a Schedule II Controlled Substance with the Intent to Distribute and Possession of a Controlled Substance.

On March 27, 2007, this Officer met with Mr. Mesa for his weekly reporting requirement. This Officer inquired if he was aware that Ms. Fernandez was arrested, he stated "yes," but was unaware of the charges. On March 29, 2006, this Officer spoke with ATF Special Agent Ken Torres, who informed this Officer that Mr. Mesa was the driver of the vehicle when Ms. Fernandez was arrested. On March 31, 2006, this Officer again spoke with Mr. Mesa regarding Ms. Fernandez's arrest. When informed that this Officer was aware that he was present at the time of her arrest, he admitted to being the driver of the vehicle. Mr. Mesa had failed to inform this Officer that he was present at the time of Ms. Fernandez's arrest as required. Mr. Mesa was advised that a search of Department of Motor Vehicle records indicated that his Guam Driver's License was expired and that he should refrain from operating a motor vehicle until he obtains a valid driver's license.

On April 3, 2006, this Officer received and reviewed Guam Police Department Report Number KY06-07663 prepared by Officers E. Amaguin and E. Asanoma. The report revealed that on March 25, 2006, at approximately 11:08 p.m., Officer Amaguin was on routine patrol in the village of Agana Heights when he observed a white Nissan Frontier, license plate number 8829PDE operating with no front license plate. Officer Amaguin pulled the vehicle over and met with its occupants, later identified as Alexander Untalan Mesa and Agnus Manibusan Fernandez. Mr. Mesa was observed to be nervous, his hands appeared to be shaking. Mr. Mesa consented to a search of his person and of the vehicle, which revealed no illegal items. Ms. Fernandez also consented to a search. She appeared nervous and stated she needed to use the bathroom. She emptied her pockets, which contained fifteen (15) $20 U.S. currency bills that were separately folded in $100 denominations as well as one (1) $10 U.S. currency bill, one (1) $5 U.S. currency bill, and one (1) $1 U.S. currency bill. When Ms. Fernandez emptied the right coin pocket of her pants, two plastic bags fell to the ground. The items were retrieved by Officer Amaguin because they contained suspected crystal methamphetamine. When tested, the substance yielded positive results for amphetamines. Ms. Fernandez was transported to the Hagatna precinct where she was booked and confined. Mr. Mesa was released with a verbal warning of the equipment violation.

DECLARATION IN SUPPORT OF PETITION (Supplemental)
Supplemental Violation Report; Additional Violation Conduct
Re: MESA, Alexander Untalan
USDC Cr. Cs. No. 06-00006-001
April 4, 2006
Page 3

**Supervision Compliance:** The probation officer has no information that suggests that the defendant has not complied with other conditions of pretrial release.

**Recommendation:** The probation officer respectfully requests that the Court incorporate this information with the violation report previously filed with the Court on March 29, 2006.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Russell C. Stoddard, First Assistant U.S. Attorney
    Alexander Modaber, Defense Attorney
    File