JOHN T. GORMAN
Federal Public Defender
District of Guam

ALEXANDER A. MODABER
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
ALEXANDER UNTALAN MESA



**FILED**
DISTRICT COURT OF GUAM
APR - 4 2006
**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00006 |
| | ) | |
| Plaintiff, | ) | STIPULATION EXTENDING THE TIME |
| | ) | FOR THE FILING OF TRIAL |
| vs. | ) | DOCUMENTS |
| | ) | |
| ALEXANDER UNTALAN MESA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION EXTENDING THE TIME FOR THE FILING OF TRIAL DOCUMENTS

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the time for filing defendant's trial documents be EXTENDED three days. Defendant's trial documents are due on April 4, 2006. Defendant's new proposed date is April 7, 2006.

There is a suppression hearing scheduled for April 6, 2006. The parties anticipate that

**ORIGINAL**

the outcome of the suppression hearing will dictate the resolution of the case.

        IT IS SO STIPULATED:

        DATED: Mongmong, Guam, April 3, 2006.

_____
ALEXANDER A. MODABER
Attorney for Defendant
ALEXANDER UNTALAN MESA


_____
RUSSELL C. STODDARD
Attorney for Plaintiff
UNITED STATES OF AMERICA

2

Case 1:06-cr-00006    Document 22    Filed 04/04/2006    Page 2 of 2