AUMesa.PLE

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR - 6 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00006 |
| Plaintiff, ) | |
| vs. ) | **CONSENT BY GOVERNMENT TO** |
| ) | **CONDITIONAL PLEA OF GUILTY** |
| ALEXANDER UNTALAN MESA, ) | |
| Defendant. ) | |

The government, pursuant to Rule 11 (a)(2) of the Federal Rules of Criminal Procedure, consents to defendant entering a plea of guilty to the sole count of the Indictment, conditionally, defendant reserving to himself the right, on appeal from judgment, to review of the court's denial of the defendant's Motion to Suppress Evidence.

Dated this _____ day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

ORIGINAL