IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00006  DATE: 04/6/2006

HON. ROGER T. BENITEZ, DISTRICT JUDGE, Presiding
Court Recorder: Wanda Miles
Hearing Electronically Recorded: 9:33:22 - 10:14:50;
3:06:033 - 3:29:06

Law Clerk: None Appearing
Courtroom Deputy: Glenn Rivera
CSO: N. Edrosa/J. Lizama

****************************APPEARANCES****************************

DEFT: **ALEXANDER UNTALAN MESA**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

ATTY: **ALEXANDER MODABER**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD
U.S. PROBATION: JUDY OCAMPO
INTERPRETER: _____  ( ) SWORN  LANGUAGE: _____

AGENT: JOHN QUINTANILLA
U.S. MARSHAL: D. PUNZALAN, J. CURRY

PROCEEDINGS: **MOTION HEARING & CHANGE OF PLEA**

WITNESS CALLED/SWORN/TESTIFIED; EXHIBITS MARKED/RECEIVED
COURT DENIES DEFENDANT'S MOTION TO SUPPRESS
NO PLEA AGREEMENT FILED
DEFENDANT CHANGES PLEA TO GUILTY TO COUNT 1 OF THE INDICTMENT
ALL PENDING DATES - VACATED
ALL PENDING MOTIONS - MOOT

( X ) SENTENCING DATE: 7-25-06 at 9:00AM  ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE TO COURT BY: 6-29-06.
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

( ) DEFENDANT TO BE RELEASED ON BOND (See attached conditions)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )PROCESSING ( )DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

NOTES:

**Exhibits introduced into evidence and returned to Government counsel.**

# UNITED STATES DISTRICT COURT

DISTRICT OF        GUAM

United States of America

V.

Alexander Untalan Mesa

**EXHIBIT AND WITNESS LIST**

Case Number: **CR-06-00006**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **ROGER T. BENITEZ** | **RUSSELL STODDARD** | **ALEX MODABER** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| April 6, 2006 | WANDA MILES | GLENN RIVERA |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Jesse Manila, called and sworn** |
| | | | | | | DX by Mr. Stoddard |
| | 1 | | 4/6/06 | 4/6/06 | | Knife found on Deft's belt |
| | 2 | | 4/6/06 | 4/6/06 | | Bullets found in Deft's pocket |
| | | | | | | XE by Mr. Modaber |