JOHN T. GORMAN
Federal Public Defender
District of Guam

JAMES McHUGH
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:(671) 472-7111
Facsimile:(671) 472-7120

Attorney for Defendant
Alexander U. Mesa

FILED
DISTRICT COURT OF GUAM
JUN 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 06-00006 |
| vs. | ) <br> ) RESPONSE TO DRAFT PRESENTENCE <br> ) REPORT |
| ALEXANDER U. MESA | ) <br> ) <br> ) <br> ) |

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, Alexander U. Mesa, by and through counsel, James J. McHugh, Jr., Assistant Federal Defender, respectfully objects to the draft Presentence Report.

Paragraph 21: The draft Presentence Report calculates the starting base offense level under USSG §2K2.1(a)(2) as twenty-four. The defendant submits that the starting offense level should be twenty. The Department of Probation concluded that the starting base offense level was twenty-four because the instant offense was subsequent to defendant Mesa's sustaining two felony convictions for crimes involving controlled substances. The Department of Probation

**ORIGINAL**

relies upon the convictions described in paragraphs 35 and 37 of the draft Presentence Report. However, the conviction and sentence described in paragraph 35 for possession with intent to distribute heroin – which occurred in August, 1979 and resulted in a six year sentence of incarceration – does not fall within the requisite fifteen year time period and can not be considered under USSG §2K2.1(a)(2) as a prior conviction.

Application Note 1 to USSG §2K2.1 states that for purposes of that section "controlled substance offense" has the meaning given that term in USSG §4B1.2(b) and Application Note 1 of the Commentary to §4B1.2. Application Note 3 to §4B1.2 states that the "provisions of §4A1.2 . . . are applicable to the counting of convictions under §4B1.1" USSG §4A1.2(e)(1) entitled "Applicable Time Period" provides: "Any prior sentence of imprisonment exceeding one year and one month that was imposed within fifteen years of the defendant's commencement of the instant offense is counted. Also count any prior sentence of imprisonment exceeding one year and one month, whenever imposed, that resulted in the defendant being incarcerated during any part of such fifteen-year period." And subsection (e)(3) provides that "[a]ny prior sentence *not* within the time periods specified above is *not* counted."

Defendant Mesa's instant offense arose from actions that took place on March 12, 2005. The prior conviction described in paragraph 35 of the draft Presentence Report occurred in August of 1979 – over twenty-five years before the instant offense. Furthermore, defendant Mesa was paroled from the six year sentence he received in that matter on April 16, 1984 -- just under twenty- one years before the instant offense. Clearly, therefore, this conviction does not fit within the Applicable Time Period described in USSG §4A1.2(e) and can not be counted when determining the starting base offense level under USSG §2K2.1(a)(2)

Paragraph 26: The defendant objects to the Adjusted Offense Level (subtotal): Twenty-

four. For the reasons discussed above defendant's Adjusted Offense Level is twenty.

Paragraph 29: The defendant objects to the Total Offense Level: Twenty-one. For the reasons discussed above defendant's Total Offense Level is seventeen.

Paragraph 83: Guideline Provisions: Based on Total Offense Level of 17 and Criminal History Category II, the guideline range for imprisonment should be 27 to 33 months and not 41 to 51 months.

DATED: Mongmong, Guam, June 12, 2006.

JAMES J. McHUGH, Jr.
Attorney for Defendant
Alexander U. Mesa

## CERTIFICATE OF SERVICE

I, Alexander A. Modaber, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand delivered to the following on June 12, 2006:

Russell C. Stoddard
Assistant United States Attorney
United States Attorney District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez
Agana, Guam 96910

Maria C. Cruz
U.S. Probation Officer
U.S. Probation Office
District of Guam and NMI
2nd Floor, U.S. Courthouse

Dated: Mongmong, Guam June 12, 2006

Alexander A. Modaber
Investigator
Federal Public Defender of Guam
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910