# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### SENTENCING



FILED
DISTRICT COURT OF GUAM
JUL 25 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-06-00006                DATE: July 25, 2006

HON. JAMES WARE, Designated Judge, Presiding
    Law Clerk: Christina Shay      Court Reporter: Wanda Miles
    Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:54:17 - 9:57:22
    CSO: F. Tenorio

**APPEARANCES:**
    Defendant: Alexander Untalan Mesa      Attorney: Richard Arens
        ☑ Present ☑ Custody ☐ Bond      ☑ Present ☐ Retained
        ☐ P.R.      ☑ FPD ☐ CJA
    U.S. Attorney: Russell Stoddard      U.S. Agent:
    U.S. Probation: Maria Cruz      U.S. Marshal: C. Marquez / W. Gray
    Interpreter:      Language:
        ☐ Sworn ☐ Previously Sworn

**PROCEEDINGS: Sentencing**

NOTES: Parties stipulated to a continuance for one day. The Court Granted the continuance to July 26, 2006 at 9:00 a.m.

Defendant remanded to the custody of the U.S. Marshals Service.