
FILED
DISTRICT COURT OF GUAM
JUL 26 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### SENTENCING

CASE NO.: CR-06-00006          DATE: July 26, 2006

HON. JAMES WARE, Designated Judge, Presiding
Law Clerk: Christina Shay           Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 9:02:07 - 9:44:46
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**

Defendant: Alexander Untalan Mesa        Attorney: Richard Arens
- ☑ Present ☑ Custody ☐ Bond              ☑ Present ☐ Retained
- ☐ P.R.                                   ☑ FPD ☐ CJA

U.S. Attorney: Russell Stoddard          U.S. Agent:
U.S. Probation: Maria Cruz               U.S. Marshal: C. Marquez / D. Punzalan
Interpreter:                              Language:
  ☐ Sworn ☐ Previously Sworn

**PROCEEDINGS: Continued Sentencing**
- Letter(s) of recommendation received by the Court.
- Defendant committed to the Bureau of Prisons for a term of <u>24 months. While in prison, the defendant shall participate in the 500 Hour Intensive Drug Treatment Program approved by the Bureau of Prisons.</u>
- Upon release from imprisonment, defendant is placed on Supervised Release for a term of <u>3 years</u>, with conditions. (Refer to Judgment for Conditions of Supervised Release.)
- Fine waived.
- Defendant Ordered to pay a Special Assessment Fee of $100.00 to be paid immediately after sentencing.
- Defendant advised of his Appeal Rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: