# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# AMENDED SENTENCING MINUTES**



FILED
DISTRICT COURT OF GUAM
JUL 28 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-06-00006　　　　　　　　　　DATE: July 26, 2006

---

HON. JAMES WARE, Designated Judge, Presiding
　　Law Clerk: Christina Shay　　　　　　　Court Reporter: Wanda Miles
　Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 9:02:07 - 9:44:46
　　　　CSO: F. Tenorio / J. Lizama

---

**APPEARANCES:**
　　Defendant: Alexander Untalan Mesa　　　　Attorney: Richard Arens
　　　　☑Present ☑Custody ☐Bond　　　　　　☑Present ☐Retained
　　　　☐P.R.　　　　　　　　　　　　　　　　☑FPD ☐CJA
　U.S. Attorney: Russell Stoddard　　　　　　U.S. Agent:
　U.S. Probation: Maria Cruz　　　　　　　　U.S. Marshal: C. Marquez / D. Punzalan
　　Interpreter:　　　　　　　　　　　　　　Language:
　　　　☐Sworn ☐Previously Sworn

---

**PROCEEDINGS: Sentencing**
- Letter(s) of recommendation received by the Court.
- Defendant committed to the Bureau of Prisons for a term of <u>24 months, with credit for time served. While in prison, the defendant shall participate in the 500 Hour Intensive Drug Treatment Program approved by the Bureau of Prisons.</u>
- Upon release from imprisonment, defendant is placed on Supervised Release for a term of <u>3 years</u>, with conditions. (Refer to Judgment for Conditions of Supervised Release.)
- Fine waived.
- Defendant Ordered to pay a Special Assessment Fee of $100.00 to be paid immediately after sentencing.
- Defendant advised of his Appeal Rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

**Amended to reflect the 'credit for time served' portion of the sentence.