# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  vs.<br><br>Alexander Untalan Mesa,<br><br>    Defendant. | Case No. 1:06-cr-00006<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Unredacted Judgment filed July 28, 2006, and the Notice of Entry of Order filed July 31, 2006,* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office – 1 copy* |
|---|---|---|
| *July 31, 2006* | *July 31, 2006* | *July 31, 2006* |
| | | *(Unredacted Judgment only)* |

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

*Unredacted Judgment filed July 28, 2006, and the Notice of Entry of Order filed July 31, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 1, 2006                /s/ Melissa L. Trauner
                                 Deputy Clerk