# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Alexander Untalan Mesa, <br><br> Defendant. | Case No. 1:06-cr-00006 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed July 28, 2006,* on the dates indicated below:

*U.S. Marshals Service – 5 certified copies*     *U.S. Probation Office – 1 certified copy*
*July 31, 2006*                                   *July 31, 2006*

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment filed July 28, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 1, 2006                    /s/ Melissa L. Trauner
                                            Deputy Clerk