UNITED STATES DISTRICT COURT
District of Guam

United States of America,
          Plaintiff,

Vs.

ALEXANDER UNTALAN MESA,
          Defendant.

NOTICE OF APPEAL

D.C. Docket Number: CR 06-00006

Joaquin V.E. Manibusan, Magistrate Judge
James Ware, District Court Judge

Notice is hereby given that __ALEXANDER UNTALAN MESA,__ appeals to the United States Court of Appeals for the Ninth Circuit from the

- [ ] Conviction only (Fed. R. Crim. P. 32(b))
- [x] Conviction and Sentence
- [ ] Sentence only (18 U.S.C. § 3742)
- [ ] Order (specify) _____

_____ entered in this action on _____.

**FILED**
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

Sentence imposed: 24 months incarceration.

Bail Status: Incarcerated

Date: August 4, 2006

Address:
Richard P. Arens
Office of the Federal Public Defender
400 Route 8, Suite 501
First Hawaiian Bank Building
Mongmong, Guam 96910
(671) 472-7111

| Name of Court Reporter: **Wanda Miles** | Transcript Required: [x] Yes [ ] No |
|---|---|
| If yes, date ordered or to be ordered    8/4/2005 | (including arrangements for payment with court reporter.) |

If transcript required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.

Case 1:06-cr-00006   Document 36   Filed 08/04/2006   Page 1 of 1