

**FILED**
DISTRICT COURT OF GUAM
JAN 18 2007 pba
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | C.A. #06-10494 |
| Appellee, ) | D.C. #CR-06-00006-JW |
| ) | |
| - vs - ) | |
| ) | CLERK'S CERTIFICATE |
| ALEXANDER UNTALAN MESA, ) | OF TRANSMITTAL |
| ) | |
| Appellant. ) | |
| ) | |

UNITED STATES OF AMERICA
DISTRICT COURT OF GUAM

I, Mary L.M. Moran, Clerk of the District Court of Guam, for the Territory of Guam, do hereby certify that pursuant to Rule 11 of the Federal Rules of Appellate Procedure Section (a) and (b) for the United States Court of Appeals, I am transmitting herein to the United States Court of Appeals for the Ninth Circuit said documents consecutively numbered according the filing date as shown in the Docket Sheet, attached hereto.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the said District Court of Guam, this 18th day of January, 2007.

MARY L.M. MORAN
CLERK, DISTRICT COURT OF GUAM

By: _____
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | C.A. #06-10494 |
| | ) | D.C. #CR-06-00006-JW |
| - vs - | ) | |
| | ) | |
| ALEXANDER UNTALAN MESA, | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |

RECORD ON APPEAL

FROM THE TERRITORY OF GUAM

RECORD ON APPEAL
(ONE VOLUME)
REPORTER'S TRANSCRIPT
(DOC #39)

THE HONORABLE LARRY ALAN BURNS, DESIGNATED JUDGE

NAMES AND ADDRESSES OF ATTORNEYS OF RECORD

John T. Gorman
Federal Public Defender
First Hawaiian Bank Building
400 Route 8 , Suite 501
Mongmong, Guam 96910

Russell C. Stoddard
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910

# United States District Court
DISTRICT OF GUAM
4ᵀᴴ FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

January 18, 2007

Ms. Cathy Catterson
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
 FOR THE NINTH CIRCUIT
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

Re: C.A. No. 06-10494 - CR-06-00006-JW
**UNITED STATES OF AMERICA**
- vs -
**ALEXANDER UNTALAN MESA**

**Attn: Records Department**

Dear Ms. Catterson:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal **(One Volume)**
- Reporter's Transcript **(Doc #39)**
- Docket Sheet

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures

**NOTE: Please return documents when finished. Please acknowledge receipt on attached letter.**