# United States District Court
DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

January 18, 2007

Ms. Cathy Catterson
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
 FOR THE NINTH CIRCUIT
95 Seventh Street
P.O. Box 193939
San Francisco, California  94119-3939

Re:   C.A. No. 06-10494 - CR-06-00006-JW
      UNITED STATES OF AMERICA
          - vs -
      ALEXANDER UNTALAN MESA

**RECEIVED**
JAN 26 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Attn:  Records Department

Dear Ms. Catterson:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal **(One Volume)**
- Reporter's Transcript **(Doc #39)**
- Docket Sheet

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
JAN 22 2007

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures

FILED
DOCKETED ——— DATE ——— INITIAL
J. Rosenthal

NOTE: Please return documents when finished.  Please acknowledge receipt on attached letter.

Case 1:06-cr-00006    Document 42    Filed 01/26/2007    Page 1 of 1